**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    BOBBY PORTER                                  §
                                                        §    Case No.: 08-14198
                                                        §
                                                        §
                                                        §
                                                        §
         Debtor(s)                                      §
-----------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 06/03/2008.

   2)   The case was confirmed on 08/25/2008.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 11/06/2008, 02/02/2009.

   5)   The case was dismissed on 04/27/2009.

   6)   Number of months from filing to the last payment:  9

   7)   Number of months case was pending:  14

   8)   Total value of assets abandoned by court order:  NA

   9)   Total value of assets exempted: $     700.00

   10)  Amount of unsecured claims discharged without payment $     .00

   11)  All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,400.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,400.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,297.60 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 102.40 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,400.00 |
| Attorney fees paid and disclosed by debtor | $ 36.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 300.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,022.39 | 3,102.39 | 3,102.39 | .00 | .00 |
| DEPARTMENT OF TREASU | UNSECURED | 334.00 | NA | NA | .00 | .00 |
| BLUE ISLAND FIRE DEP | UNSECURED | 257.00 | NA | NA | .00 | .00 |
| CENTURY ENT HEAD NEC | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 492.00 | 492.68 | 492.68 | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 9,605.00 | NA | NA | .00 | .00 |
| METRO INFECTIOUS DIS | UNSECURED | 1,645.00 | 1,645.00 | 1,645.00 | .00 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 470.00 | 475.27 | 475.27 | .00 | .00 |
| GREGORY EMERGENCY PH | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| B-REAL LLC | UNSECURED | 596.00 | 596.21 | 596.21 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 544.00 | NA | NA | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 744.35 | 821.84 | 821.84 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 551.00 | NA | NA | .00 | .00 |
| CROSSINGS BOOK CLUB | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| TRUSTMARK RECOVERY S | UNSECURED | 2,115.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHIC P | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| WEST ASSET MANAGEMEN | UNSECURED | 309.48 | NA | NA | .00 | .00 |
| MARTHA E FRANCO | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

```
.================================================================.
| **Scheduled Creditors:**                                       |
|                                                                |
| Creditor               Claim        Claim      Claim    Principal    Int.  |
|   Name         Class   Scheduled    Asserted   Allowed    Paid       Paid  |
|                                                                |
| ROUNDUP FUNDING LLC  UNSECURED   NA    675.47    675.47      .00      .00  |
| LVNV FUNDING         UNSECURED   NA    246.87    246.87      .00      .00  |
| ARGENT CARE INC      UNSECURED   NA     22.39       .00      .00      .00  |
.================================================================.
```

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 8,055.73 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,400.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,400.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    07/21/2009                             /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**